

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-16-00541-CR

Gerardo **VENEGAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRH-001475-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to August 25, 2017.

**PER CURIAM**

ATTESTED TO: _Luz Estrada_
LUZ ESTRADA
CHIEF DEPUTY CLERK

cc: David Reuthinger Jr.          Stephen Foster
    1110 Victoria St Ste 401      310 S. St. Mary's
    Laredo, TX 78040              Suite 2400
                                 San Antonio, TX 78205